April 03, 2009

Mr. David R. Weiner
Glast, Phillips, & Murray, P.C.
13355 Noel Rd., LB 48, Ste. 2200
Dallas, TX 75240-6657
Mr. Paul Boudloche
Mason & Boudloche
1200 Summit Ave., Ste. 700
Fort Worth, TX 76102

RE: Case Number: 06-0418
 Court of Appeals Number: 02-05-00239-CV
 Trial Court Number: 141-194867-02

Style: HCBECK, LTD.
 v.
 CHARLES RICE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice O'Neill not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Thomas A. Wilder |
| |Ms. Stephanie Robinson |
| |Ms. Kelly Susan Shoulders|
| | |
| |Ms. Lin Hughes |
| |Ms. Diana Panian Larson |
| |Mr. Richard Russell |
| |Hollenbeck |
| |Mr. Fred D. Raschke |